BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Chaparral Home Builders, LLC<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No.:  19–33400–bjh7<br>Chapter No.:  7 |

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  1/21/20          FOR THE COURT:
                         Robert P. Colwell, Clerk of Court

                         by: /s/S Janes, Deputy Clerk